Brown & Burnside, for appellant. J. H. Alliv and Robert Wright, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Charles Fisher, appellant, v. Hazel Fisher, appellee.**

Divorce proceedings. Decree for defendant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded with directions. Opinion filed August 5, 1925.

C. W. Burton, for appellant. Willie & Dunham, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Fred W. Kunz, appellee, v. City of Du Quoin, appellant.**

Action for personal injuries caused by defective street. Judgment for plaintiff. Appeal from the Circuit Court of Perry county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.

H. E. Kimmel, for appellant. M. C. Cook and L. H. Cranston, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Robert Hawkins, appellee, v. C. L. Gray et al., appellant.**

Action to recover for work and labor. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.

Moses Pulverman, for appellant. H. F. Knox, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Wabash Valley Motor Company, appellant, v. H. V. Pipp et al., appellees.**

Action on promissory note. Judgment for defendants. Appeal from the Circuit Court of Wabash county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.

McGaughey, Tohill & McGaughey, for appellant. Kolb & White, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**D. T. Whitlock, appellee, v. Julius Schwartz, appellant.**

Action to recover for work and labor. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.

Beasley & Zulley, for appellant. J. E. Grace and L. P. Zerweck, for appellee.

Mr. Justice Barry delivered the opinion of the court.